IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY WEIS,<br><br>         Plaintiff,<br><br>vs.<br><br>TRIAGE STAFFING, INC.,<br><br>         Defendant. | 8:16CV356<br><br>**AMENDED PROGRESSION ORDER** |

Parties have filed a joint motion to amend the final progression order. (Filing No. 20).

IT IS ORDERED that the final progression order is amended as follows:

1)   The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is  December 1, 2016.

2)   The deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):         January 2, 2017.
    For the defendant(s):      February 2, 2017.
    For plaintiff's rebuttal:    March 2, 2017.

3)   The parties shall comply with all other deadlines recited in the Final Progression Order. (Filing No. 14).

Dated this 26th day of October, 2016

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge