IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMY WEIS,

        Plaintiff,

vs.

TRIAGE STAFFING, INC.,

        Defendant.

8:16CV356

ORDER

This matter is before the court on the parties' Joint Motion to Enlarge Progression Deadlines. (Filing No. 35). The parties' motion is granted in part and denied in part as set forth below.

IT IS ORDERED:

1) The Final Progression Order is amended as follows:

    a) The deadline for the completion of written discovery is March 17, 2017.
    b) The deadline for filing motions to compel is March 31, 2017.
    c) The deposition deadline is May 22, 2017.
    d) The deadline for filing *Daubert* motions is April 17, 2017.
    e) The deadline for filing motions for summary judgment or other dispositive motions is April 17, 2017.

2) The dates for the pretrial conference and trial remain unchanged.

Dated this 15th day of February, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge