IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY WEIS,<br><br>                Plaintiff,<br><br>    vs.<br><br>TRIAGE STAFFING, INC.,<br><br>                Defendant. | **8:16CV356**<br><br>**ORDER** |

A pretrial conference is scheduled for October 3, 2017 and the jury trial is scheduled for October 16, 2017. Defendant's motion for partial summary judgment is pending. The parties want to avoid incurring additional litigation costs, including the cost of expert depositions, while they explore whether this could be resolved by settlement, but they need the summary judgment ruling to make that decision.

Accordingly,

IT IS ORDERED that at the parties' request, all remaining discovery and case progression deadlines are stayed, and the pretrial conference and jury trial are continued pending further order of the court. Within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to discuss further case progression, including whether the parties will engage in alternative dispute resolution or intend to proceed to trial.

August 31, 2017.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge