IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY WEIS, | |
| Plaintiff, | **8:16CV356** |
| vs. | |
| TRIAGE STAFFING, INC., | **ORDER** |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Larry E. Welch, Jr., as counsel of record for Defendant, (Filing No. 66), is granted.

April 11, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge