IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY WEIS,<br><br>            Plaintiff,<br><br>vs.<br><br>TRIAGE STAFFING, INC.,<br><br>            Defendant. | **8:16CV356**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by MaKenna J. Stoakes, as counsel of record for Plaintiff, (Filing No. 68), is granted.

May 31, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge